**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TV TOKYO CORPORATION, ) | |
| ) | Case No. 25-cv-  246 |
| Plaintiff, ) | |
| ) | Judge Matthew F. Kennelly |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**SEALED EX PARTE TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff TV TOKYO CORPORATION ("Plaintiff"), *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and Electronic Publication (the "Ex Parte Motion") against the defendants identified on Schedule A to the Complaint and attached hereto (collectively, the "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Ex Parte Motion in its entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois, offering to sell and ship products into this Judicial District. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products

bearing counterfeit versions of the NARUTO Trademarks and Copyrights, U.S. Trademark Registration Nos. 3,229,574; 3,280,366 and 3,726,754 and U.S. Copyright Nos. PA0002277887, PA0002276002, and PA0002431062. (collectively, the "NARUTO Trademarks and Copyrights")

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Hiroaki Saiki and the Declaration of Michael A. Hierl and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including Wish, DHgate, Aliexpress, Alibaba, Shopify and Taobao accounts, to offshore accounts. *Id.* As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1.      Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a.   using Plaintiff's NARUTO Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine NARUTO product or is not authorized by

Plaintiff to be sold in connection with Plaintiff's NARUTO Trademarks and Copyrights;

b.   passing off, inducing, or enabling others to sell or pass off any product as a genuine NARUTO product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's NARUTO Trademarks and Copyrights;

c.   committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.   further infringing Plaintiff's NARUTO Trademarks and Copyrights and damaging Plaintiff's goodwill;

e.   shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's NARUTO Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof; and

f.   using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit NARUTO Products.

3

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as iOffer, Wish, DHgate, Aliexpress, Alibaba, Shopify and Taobao, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Online Marketplace Accounts, and Defendant Internet Stores registrars, shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the NARUTO Trademarks and Copyrights, including any accounts associated with the Defendants listed on Schedule A; and

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the NARUTO Trademarks and Copyrights.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Online Marketplace Accounts or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, Wish, DHgate, Aliexpress, Alibaba, Shopify and Taobao, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including Wish, DHgate, Aliexpress, Alibaba, Shopify and Taobao, third party processors and other payment processing service providers, shippers, and online marketplace platforms (collectively, the "Third Party Providers") shall, within five (5)

business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.  The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b.  The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

    c.  Defendants' websites and/or any Online Marketplace Accounts; and

    d.  Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Wish, DHgate, Aliexpress, Alibaba, Shopify and Taobao, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

    4.     Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.     Wish shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a.  Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Wish accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki; and

    b.  Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.     DHgate shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a.  Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any DHgate accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki; and

    b.  Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.     Aliexpress shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a.  Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Aliexpress accounts connected to and related to the

6

information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Alibaba shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Alibaba accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. Shopify shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Shopify accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

10.     Toabao shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Toabao accounts connected to and related to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki; and

b.  Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

11.     Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within five (5) business days of receipt of this Order:

a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A hereto and the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki; and

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

12.     Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Hiroaki Saiki and any e-mail addresses provided for Defendants by third parties

that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "Shop1103393029 Store and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from online marketplace platforms and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

13.     Plaintiff's Complaint, Schedule A to the Complaint, Exhibit 3 to the Declaration of Hiroaki Saiki, and this Order shall remain sealed until Defendants' financial accounts are restrained. Plaintiff shall file unsealed versions of the Complaint, Schedule A to the Complaint, Exhibit 3 to the Declaration of Hiroaki Saiki, and this Order using the CM/ECF system prior to the expiration of this Order. Plaintiff shall deposit with the Court Ten Thousand Dollars ($10,000.00), either cash, cashier's check or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

14.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

This Temporary Restraining Order without notice is entered at 9:30 A.M. on January 13, 2025, and shall remain in effect for fourteen (14) days.

_____
U.S. District Judge

9

**SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | Shop1103393029 Store |
| 2 | Shop1103944282 Store |
| 3 | Shop1104038558 Store |
| 4 | Shop1104074046 Store |
| 5 | Shop1104075855 Store |
| 6 | Shop1104076857 Store |
| 7 | Shop1104079022 Store |
| 8 | Shop1104082226 Store |
| 9 | Shop1104098800 Store |
| 10 | Shop911869001 Store |
| 11 | Wonder House Store |
| 12 | ADSJKDSBjk |
| 13 | big factory2020 |
| 14 | Carolyntrade |
| 15 | Cool good boy |
| 16 | Dadayshop |
| 17 | Deinyeno Bags |
| 18 | doprgjior |
| 19 | gonfulinyin |
| 20 | JimMyrnaaWsDrL |
| 21 | Joel Moreno |
| 22 | leslie store |
| 23 | LIUDOG |
| 24 | LiuSangSui |
| 25 | LT.Wong |
| 26 | lvx48q |
| 27 | Maple Country |
| 28 | osdporjfo |
| 29 | Party & Fiesta Favors |
| 30 | pengyiwen3164 |
| 31 | pennyhouse lolita |
| 32 | Pi Pi jia |
| 33 | QuinnBennettxTzBoF |
| 34 | Snow Joen Begbear |
| 35 | wangjie5080 |
| 36 | weijunsheng2134 |
| 37 | WEIYANGKE1 |
| 38 | wen0anSen |
| 39 | xiongmaoPP |
| 40 | yangsaichao4256 |
| 41 | zehngzhu fashion |
| 42 | zouzhiyong24068 |
| 43 | 3Brown Store |
| 44 | AE-Choice Store |
| 45 | Alirui Store |

| 46 | Benben Toy Store Store |
|----|------------------------|
| 47 | BEVAMA Brand Store |
| 48 | CY Cos Store |
| 49 | Dica Childrens Clothing Store Store |
| 50 | EChunchan Company Store |
| 51 | Fashion Pattern Shorts Store |
| 52 | Home Of Vigour Store |
| 53 | HooThreads Official Store |
| 54 | January Store |
| 55 | JEMMA&FITZ NOVELTYS&SPECIALS USE Store |
| 56 | KAYZ Store |
| 57 | KDSC HQ Store |
| 58 | Lulushei Store |
| 59 | Man033 Store |
| 60 | Michelia FS Pendant Store |
| 61 | Mirabelle-Cozyroom Store |
| 62 | music code 2 Store |
| 63 | Onnekas Store |
| 64 | PCYSYN September02 Store |
| 65 | Pure UV DTF Wrap Store |
| 66 | QUFN HIPHOP Store |
| 67 | Ribs Store |
| 68 | Shang Hai Trend Store |
| 69 | Shop1100039141 Store |
| 70 | Shop1102317414 Store |
| 71 | Shop1102564787 Store |
| 72 | Shop1102721022 Store |
| 73 | Shop1102875953 Store |
| 74 | Shop1103748241 Store |
| 75 | Shop1103751124 Store |
| 76 | Shop1103755050 Store |
| 77 | Shop1103785148 Store |
| 78 | Shop1103797139 Store |
| 79 | Shop1103831802 Store |
| 80 | Shop1103841611 Store |
| 81 | Shop1103842465 Store |
| 82 | Shop1103847387 Store |
| 83 | Shop1103851098 Store |
| 84 | Shop1103855492 Store |
| 85 | Shop1103920190 Store |
| 86 | Shop1103941090 Store |
| 87 | Shop1104000214 Store |
| 88 | Shop1104001525 Store |
| 89 | Shop1104060120 Store |
| 90 | Shop1104060992 Store |
| 91 | Shop1104077461 Store |
| 92 | Shop1104083193 Store |
| 93 | Shop1104094780 Store |

| | |
|---|---|
| 94 | Shop1104094928 Store |
| 95 | Shop1104096916 Store |
| 96 | Shop1104098852 Store |
| 97 | shop13279273911 Store |
| 98 | Shop5366043 Store |
| 99 | Shop5634082 Store |
| 100 | Shop911163010 Store |
| 101 | TIANTI Store |
| 102 | Vysshiy Jewelry Store |
| 103 | Wuxia World2 Store |
| 104 | youyoubaishu Official Store |
| 105 | YUYU Factory Store |
| 106 | ZHIZ Jewelry Factory |
| 107 | adse540 Store |
| 108 | ai821 Store |
| 109 | ai824 Store |
| 110 | ai825 Store |
| 111 | bag8886 Store |
| 112 | bailixi08 Store |
| 113 | besttfn Store |
| 114 | bingcoholnciaga Store |
| 115 | cdjz Store |
| 116 | ch_an_el_ Store |
| 117 | chenwenling117 Store |
| 118 | chunoon Store |
| 119 | combop Store |
| 120 | corteiz27 Store |
| 121 | dafu02 Store |
| 122 | designerstore8648 Store |
| 123 | dhshirtgate Store |
| 124 | dienuoclothing Store |
| 125 | dpit Store |
| 126 | fadacai01 Store |
| 127 | famousshoeshop1886 Store |
| 128 | fashionbrand0 Store |
| 129 | fashionshoes698 Store |
| 130 | floyd998 Store |
| 131 | foigj55 Store |
| 132 | fs5b Store |
| 133 | fzctf0 Store |
| 134 | fzctg7 Store |
| 135 | hkshenyusheng05 Store |
| 136 | hoodies011 Store |
| 137 | householdd Store |
| 138 | jerseyedge1 Store |
| 139 | ji05 Store |
| 140 | junzhuang Store |
| 141 | lekah Store |

| 142 | lianwu09 Store |
|-----|----------------|
| 143 | linglongqiaozhang Store |
| 144 | lwkdo Store |
| 145 | mandystore2009 Store |
| 146 | mdck Store |
| 147 | mkol Store |
| 148 | naz7 Store |
| 149 | official_888_store Store |
| 150 | poodss Store |
| 151 | psize Store |
| 152 | qiuti11 Store |
| 153 | qiuti18 Store |
| 154 | queen_mai Store |
| 155 | sl6015270dh Store |
| 156 | smgm Store |
| 157 | socialite Store |
| 158 | titi896 Store |
| 159 | tobiass Store |
| 160 | topwholesalerno1 Store |
| 161 | us_new_mexico Store |
| 162 | vi3q Store |
| 163 | vipsalemax Store |
| 164 | wmgb Store |
| 165 | xuan08 Store |
| 166 | yanqin10 Store |
| 167 | yongyiyi Store |
| 168 | zcehao Store |
| 169 | Guangzhou Herder Leather Products Co., Ltd. |
| 170 | Guangzhou Luoliyi Garment Co., Ltd. |
| 171 | Hefei Kaining Trading Co., Ltd. |
| 172 | Jingdezhen Lecheng Toys Co., Ltd. |
| 173 | Ningbo Bolo Party Import And Export Co., Ltd. |
| 174 | Pan'an Heyli Art&Craft Co., Ltd. |
| 175 | Quanzhou Lubin Trading Co., Ltd. |
| 176 | Ruzhou Zhile Toys Co., Ltd. |
| 177 | Shangrao City Male Shark Clothing Co., Ltd. |
| 178 | Wuhan Olaiman Clothing Co., Ltd. |
| 179 | Xiamen Songya Trading Co., Ltd. |
| 180 | Xiamen Youtao Import And Export Co., Ltd. |
| 181 | Yiwu Lawin Imp.and Exp. Co.ltd |
| 182 | Yiwu Lihong E-Commerce Co., Ltd. |
| 183 | Yiwu Qianju Trading Co., Ltd. |
| 184 | Yiwu Qumu E-Commerce Firm |
| 185 | Yiwu Shiying Clothing Co., Ltd. |
| 186 | Yiwu Wenchuan Jewelry Co., Ltd. |
| 187 | Yiwu Xingxin International Trade Co., Ltd. |
| 188 | Yiwu Xinzhilu Import And Export Co., Ltd. |
| 189 | Anime Figures World |

| 190 | apinime |
|-----|---------|
| 191 | atomicflare |
| 192 | AVN HOOD |
| 193 | Bekindproduct |
| 194 | cardcollectors |
| 195 | Collectible HQ |
| 196 | comickazi |
| 197 | Comics n Pop |
| 198 | Cosplayflying |
| 199 | Deadset Mousepads |
| 200 | Filmsmen |
| 201 | Gametraders SouthPoint |
| 202 | ikigaiprints |
| 203 | Jinzo |
| 204 | JSK Studio |
| 205 | kawainess |
| 206 | kuumiko |
| 207 | maksa |
| 208 | mangamate |
| 209 | mantomart |
| 210 | MOG Print |
| 211 | Neon Syrup |
| 212 | olesstore |
| 213 | Party Expert |
| 214 | Premium Quality |
| 215 | QUEEN SIZE BLANKET |
| 216 | senseistyles |
| 217 | ShakLabs Store |
| 218 | shinjukuarchive |
| 219 | shirosuton |
| 220 | sjoray |
| 221 | Vintage Action Figures |
| 222 | yconbay |
| 223 | ZZKIT |
| 224 | Didi smashes cars |
| 225 | dingrui5182015 |
| 226 | Go shopping |
| 227 | Left Bank_Tianle |
| 228 | Pink o bow |
| 229 | tb702869606 |
| 230 | Wulin Enterprise Store |
| 231 | yu8800102 |
| 232 | Zhongshan Qimancai Toy Store |

| No | Defendants Online Marketplace |
|----|-------------------------------|
| 1 | https://www.aliexpress.com/store/1103404021 |
| 2 | https://www.aliexpress.com/store/1103949248 |

| 3 | https://www.aliexpress.com/store/1104032787 |
|---|---|
| 4 | https://www.aliexpress.com/store/1104062991 |
| 5 | https://www.aliexpress.com/store/1104076836 |
| 6 | https://www.aliexpress.com/store/1104080831 |
| 7 | https://www.aliexpress.com/store/1104082016 |
| 8 | https://www.aliexpress.com/store/1104072269 |
| 9 | https://www.aliexpress.com/store/1104098801 |
| 10 | https://www.aliexpress.com/store/1101758389 |
| 11 | https://www.aliexpress.com/store/1101320698 |
| 12 | https://www.wish.com/merchant/5ee47e1f6c8771034008c125 |
| 13 | https://www.wish.com/merchant/5e8ff9142481274514ed503b |
| 14 | https://www.wish.com/merchant/5e855b0d29e78673f82d3f5f |
| 15 | https://www.wish.com/merchant/60680bcde52b1f4820d06a9d |
| 16 | https://www.wish.com/merchant/5d3be95c838897076e0cff84 |
| 17 | https://www.wish.com/merchant/5fb35e8cc6a0cf46e2e38379 |
| 18 | https://www.wish.com/merchant/6045ba3418ae4a4d423254ce |
| 19 | https://www.wish.com/merchant/5f8d18075d62bc1efd887fe1 |
| 20 | https://www.wish.com/merchant/5e96c2e7639b2d4d0fb7b9d3 |
| 21 | https://www.wish.com/merchant/5e91bb1129e7864d138481cd |
| 22 | https://www.wish.com/merchant/53bface646188e25d83fc24c |
| 23 | https://www.wish.com/merchant/5d621241560eca170863865a |
| 24 | https://www.wish.com/merchant/604df41eea6196d478a94191 |
| 25 | https://www.wish.com/merchant/5d3fd385fe55c85df2d96e74 |
| 26 | https://www.wish.com/merchant/5d598a2e1d862920a342ec2a |
| 27 | https://www.wish.com/merchant/5fd0d10359293e8184edcd5f |
| 28 | https://www.wish.com/merchant/60431b71b7115c0375de7dfe |
| 29 | https://www.wish.com/merchant/60010d1fc40a6a27035fcd87 |
| 30 | https://www.wish.com/merchant/619221e192c74caff9e85c27 |
| 31 | https://www.wish.com/merchant/568e0bfec1407606584c7978 |
| 32 | https://www.wish.com/merchant/5edca5b929e78601c0ce2b6d |
| 33 | https://www.wish.com/merchant/5e96bed8ecbf9d49e5765dd9 |
| 34 | https://www.wish.com/merchant/5e97ed3e29e7864edee78b16 |
| 35 | https://www.wish.com/merchant/60a873e2c9264b0c803de8c5 |
| 36 | https://www.wish.com/merchant/61a09170756362f5008e7eb8 |
| 37 | https://www.wish.com/merchant/5ad2c6615ebcfd5b7f9ed784 |
| 38 | https://www.wish.com/merchant/6041e023c6c56c5ec0160623 |
| 39 | https://www.wish.com/merchant/570d9e014d732322d58ad35f |
| 40 | https://www.wish.com/merchant/6119dad598d68c6e06129763 |
| 41 | https://www.wish.com/merchant/540d28807f086e6cb4c65aa5 |
| 42 | https://www.wish.com/merchant/61679bf6b6f7b0e8ee87b723 |
| 43 | https://www.aliexpress.com/store/1102845555 |
| 44 | https://www.aliexpress.com/store/1103710538 |
| 45 | https://www.aliexpress.com/store/1101554421 |
| 46 | https://www.aliexpress.com/store/1101503197 |
| 47 | https://www.aliexpress.com/store/1102506149 |
| 48 | https://www.aliexpress.com/store/1102204001 |
| 49 | https://www.aliexpress.com/store/1103876930 |
| 50 | https://www.aliexpress.com/store/1100901860 |

| 51 | https://www.aliexpress.com/store/1103354087 |
|----|----------------------------------------------|
| 52 | https://www.aliexpress.com/store/1103831457 |
| 53 | https://www.aliexpress.com/store/1101352228 |
| 54 | https://www.aliexpress.com/store/1103670070 |
| 55 | https://www.aliexpress.com/store/1101339547 |
| 56 | https://www.aliexpress.com/store/1101280237 |
| 57 | https://www.aliexpress.com/store/1101891009 |
| 58 | https://www.aliexpress.com/store/1102435602 |
| 59 | https://www.aliexpress.com/store/1103998804 |
| 60 | https://www.aliexpress.com/store/1101389591 |
| 61 | https://www.aliexpress.com/store/1101825383 |
| 62 | https://www.aliexpress.com/store/1101251159 |
| 63 | https://www.aliexpress.com/store/1103013382 |
| 64 | https://94520.aliexpress.com/store/1101889947 |
| 65 | https://www.aliexpress.com/store/1102996602 |
| 66 | https://www.aliexpress.com/store/1101418078 |
| 67 | https://www.aliexpress.com/store/1101320936 |
| 68 | https://www.aliexpress.com/store/1101013562 |
| 69 | https://www.aliexpress.com/store/1101979310 |
| 70 | https://www.aliexpress.com/store/1102317415 |
| 71 | https://www.aliexpress.com/store/1102563797 |
| 72 | https://www.aliexpress.com/store/1102720019 |
| 73 | https://www.aliexpress.com/store/1102883875 |
| 74 | https://www.aliexpress.com/store/1103746257 |
| 75 | https://www.aliexpress.com/store/1103746130 |
| 76 | https://www.aliexpress.com/store/1103755051 |
| 77 | https://www.aliexpress.com/store/1103794086 |
| 78 | https://www.aliexpress.com/store/1103786241 |
| 79 | https://www.aliexpress.com/store/1103836850 |
| 80 | https://www.aliexpress.com/store/1103847591 |
| 81 | https://www.aliexpress.com/store/1103844464 |
| 82 | https://www.aliexpress.com/store/1103837384 |
| 83 | https://www.aliexpress.com/store/1103853080 |
| 84 | https://www.aliexpress.com/store/1103860505 |
| 85 | https://www.aliexpress.com/store/1103929150 |
| 86 | https://www.aliexpress.com/store/1103935086 |
| 87 | https://www.aliexpress.com/store/1104075162 |
| 88 | https://www.aliexpress.com/store/1104001526 |
| 89 | https://www.aliexpress.com/store/1104053181 |
| 90 | https://www.aliexpress.com/store/1104072002 |
| 91 | https://www.aliexpress.com/store/1104076478 |
| 92 | https://www.aliexpress.com/store/1104074290 |
| 93 | https://www.aliexpress.com/store/1104106667 |
| 94 | https://www.aliexpress.com/store/1104091941 |
| 95 | https://www.aliexpress.com/store/1104105891 |
| 96 | https://www.aliexpress.com/store/1104098853 |
| 97 | https://www.aliexpress.com/store/1101937594 |
| 98 | https://www.aliexpress.com/store/1101358250 |

| | |
|---|---|
| 99 | https://www.aliexpress.com/store/1101470341 |
| 100 | https://www.aliexpress.com/store/1101581539 |
| 101 | https://www.aliexpress.com/store/1101544189 |
| 102 | https://www.aliexpress.com/store/1101744373 |
| 103 | https://www.aliexpress.com/store/1102377598 |
| 104 | https://www.aliexpress.com/store/1101300771 |
| 105 | https://yuyuer.aliexpress.com/store/1100687418 |
| 106 | https://zhizsmall.aliexpress.com/store/1100645003 |
| 107 | https://www.dhgate.com/store/21851171 |
| 108 | https://www.dhgate.com/store/21815441 |
| 109 | https://www.dhgate.com/store/21815446 |
| 110 | https://www.dhgate.com/store/21815449 |
| 111 | https://www.dhgate.com/store/21710765 |
| 112 | https://www.dhgate.com/store/21583200 |
| 113 | https://www.dhgate.com/store/21910563 |
| 114 | https://www.dhgate.com/store/21910560 |
| 115 | https://www.dhgate.com/store/21819571 |
| 116 | https://www.dhgate.com/store/21907783 |
| 117 | https://www.dhgate.com/store/21924422 |
| 118 | https://www.dhgate.com/store/21922279 |
| 119 | https://www.dhgate.com/store/21071813 |
| 120 | https://www.dhgate.com/store/21901910 |
| 121 | https://www.dhgate.com/store/21709878 |
| 122 | https://www.dhgate.com/store/21904852 |
| 123 | https://www.dhgate.com/store/21955154 |
| 124 | https://www.dhgate.com/store/21951211 |
| 125 | https://www.dhgate.com/store/21818407 |
| 126 | https://www.dhgate.com/store/21759017 |
| 127 | https://www.dhgate.com/store/21853831 |
| 128 | https://www.dhgate.com/store/21934392 |
| 129 | https://www.dhgate.com/store/21740393 |
| 130 | https://www.dhgate.com/store/21829824 |
| 131 | https://www.dhgate.com/store/21816116 |
| 132 | https://www.dhgate.com/store/21819143 |
| 133 | https://www.dhgate.com/store/21751201 |
| 134 | https://www.dhgate.com/store/21751129 |
| 135 | https://www.dhgate.com/store/21749701 |
| 136 | https://www.dhgate.com/store/21914288 |
| 137 | https://www.dhgate.com/store/21635232 |
| 138 | https://www.dhgate.com/store/21860508 |
| 139 | https://www.dhgate.com/store/21819823 |
| 140 | https://www.dhgate.com/store/21186137 |
| 141 | https://www.dhgate.com/store/21894855 |
| 142 | https://www.dhgate.com/store/21620816 |
| 143 | https://www.dhgate.com/store/21820474 |
| 144 | https://www.dhgate.com/store/21800472 |
| 145 | https://www.dhgate.com/store/20215441 |
| 146 | https://www.dhgate.com/store/21877449 |

| 147 | https://www.dhgate.com/store/21819264 |
|-----|---------------------------------------|
| 148 | https://www.dhgate.com/store/21818117 |
| 149 | https://www.dhgate.com/store/21908433 |
| 150 | https://www.dhgate.com/store/21829285 |
| 151 | https://www.dhgate.com/store/21934393 |
| 152 | https://www.dhgate.com/store/21715391 |
| 153 | https://www.dhgate.com/store/21733558 |
| 154 | https://www.dhgate.com/store/20434989 |
| 155 | https://www.dhgate.com/store/21929219 |
| 156 | https://www.dhgate.com/store/21800880 |
| 157 | https://www.dhgate.com/store/21939964 |
| 158 | https://www.dhgate.com/store/21815465 |
| 159 | https://www.dhgate.com/store/21829928 |
| 160 | https://www.dhgate.com/store/21460422 |
| 161 | https://www.dhgate.com/store/21830190 |
| 162 | https://www.dhgate.com/store/21819282 |
| 163 | https://www.dhgate.com/store/21906067 |
| 164 | https://www.dhgate.com/store/21800605 |
| 165 | https://www.dhgate.com/store/21755396 |
| 166 | https://www.dhgate.com/store/21625948 |
| 167 | https://www.dhgate.com/store/21635315 |
| 168 | https://www.dhgate.com/store/21942210 |
| 169 | https://bagsplaza.en.alibaba.com |
| 170 | https://gzluoliyi.en.alibaba.com/index.html?from=detail&productId=1600709368590 |
| 171 | https://knbooming.en.alibaba.com |
| 172 | https://luckydom.en.alibaba.com/index.html?from=detail&productId=1601198058864 |
| 173 | https://boloparty.en.alibaba.com/index.html?from=detail&productId=1600972417589 |
| 174 | https://heyli.en.alibaba.com/index.html?from=detail&productId=1601221819525 |
| 175 | https://xmanime.en.alibaba.com |
| 176 | https://zealed.en.alibaba.com/index.html?from=detail&productId=1601228250364 |
| 177 | https://srnansha.en.alibaba.com/index.html?from=detail&productId=1601207955391 |
| 178 | https://aolaiman.en.alibaba.com/index.html?from=detail&productId=1601209906382 |
| 179 | https://xmsonya.en.alibaba.com/index.html?from=detail&productId=1601122863638 |
| 180 | https://xmutao.en.alibaba.com |
| 181 | https://ywlawin.en.alibaba.com/index.html?from=detail&productId=1601157428510 |
| 182 | https://lsaccessory.en.alibaba.com/index.html?from=detail&productId=1600903981612 |
| 183 | https://cnqj.en.alibaba.com/index.html?from=detail&productId=1600987840174 |
| 184 | https://ywqumu.en.alibaba.com/index.html?from=detail&productId=1601245819294 |
| 185 | https://ywshiying.en.alibaba.com |
| 186 | https://zaijin001.en.alibaba.com/index.html?from=detail&productId=1601001763948 |
| 187 | https://cnyiwuxingxin.en.alibaba.com/index.html?from=detail&productId=1601236526956 |
| 188 | https://xinzhilu.en.alibaba.com/index.html?from=detail&productId=1601219699782 |
| 189 | https://anime-figuren-welt.de |
| 190 | https://apinime.com |
| 191 | https://atomicflare.ca |
| 192 | https://avnhood.com |
| 193 | https://bekindproduct.com |
| 194 | https://cardcollectors.au |

| 195 | https://www.collectiblehq.com.au |
| 196 | https://www.comickazi.com |
| 197 | https://comicsnpop.com.au |
| 198 | https://cosplayflying.com |
| 199 | https://deadsetmousepads.com |
| 200 | https://filmsmen.com |
| 201 | https://gametraderssouthpoint.com.au |
| 202 | https://ikigaiprints.com |
| 203 | https://jinzo.store |
| 204 | https://jskstudio.com |
| 205 | https://kawainess.com |
| 206 | https://www.kuumiko.com |
| 207 | https://www.maksa.store |
| 208 | https://mangamate.shop |
| 209 | https://mantomart.com |
| 210 | https://mogprint.co.uk |
| 211 | https://neonsyrupshop.com |
| 212 | https://www.olesstore.com |
| 213 | https://www.party-expert.com |
| 214 | https://www.pqshop.nl |
| 215 | https://queen-size-blanket.myshopify.com |
| 216 | https://senseistyles.com |
| 217 | https://store.shaklabs.tech |
| 218 | https://shinjukuarchive.com |
| 219 | https://shirosuton.com |
| 220 | https://sjoray.com |
| 221 | https://vintage-action-figures.com |
| 222 | https://yconbay.com |
| 223 | https://zzkit.com |
| 224 | https://shop255180369.world.taobao.com |
| 225 | https://shop1436461245086.1688.com |
| 226 | https://shop59239372.world.taobao.com |
| 227 | https://shop59775650.world.taobao.com |
| 228 | https://shop145524871.world.taobao.com |
| 229 | https://shop202737195.world.taobao.com |
| 230 | https://shop559980595.world.taobao.com |
| 231 | https://shop163274168.world.taobao.com |
| 232 | https://shop52u0k967o3874.1688.com |